**Original filed 1/11/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY A. LAZO,              ) | No. C 06-2732 JF (PR) |
|                             ) | |
|         Petitioner,         ) | ORDER GRANTING REQUEST |
|   vs.                       ) | FOR EXTENSION OF TIME TO |
|                             ) | FILE TRAVERSE |
|                             ) | |
| KEN CLARK, Warden,          ) | |
|                             ) | |
|         Respondent.         ) | |
| _____   ) | (Docket No. 20) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to show cause why the petition should not be granted. Respondent filed an answer addressing the merits of the petition. Petitioner filed a request for extension of time to file a traverse on December 22, 2006. The Court concludes that Petitioner has shown good cause for such extension. Accordingly, Petitioner's request for extension of time (docket no. 20) is GRANTED. Petitioner shall file his traverse, and serve a copy on Respondent, **within thirty days** of the date of this order.

    It is Petitioner's responsibility to prosecute this case. Petitioner is reminded that all communications with the Court must be served on Respondent by

1  mailing a true copy of the document to Respondent's counsel.  Petitioner must keep the
2  Court and all parties informed of any change of address by filing a separate paper
3  captioned "Notice of Change of Address."  Petitioner must comply with the Court's
4  orders in a timely fashion.  Failure to do so may result in the dismissal of this action for
5  failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).
6       IT IS SO ORDERED.
7  DATED:  1/11/07
                              JEREMY FOGEL
8                             United States District Judge

Order Granting Request for Extension of Time to File Traverse
P:\pro-se\sj.jf\hc.06 \Lazo732ext              2

1  A copy of this order was mailed to the following:

2

3  Jimmy A. Lazo
   V-42440   E5/156U
4  CSATF - Corcoran
   P.O. Box 5242
5  Corcoran, CA  93212

6

7  Bridget Billeter
   California State Attorney General's Office
8  455 Golden Gate Avenue
   Suite 11000
9  San Francisco, CA  94102-7004

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28